UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK POWEL LONDON AND<br>JUDY KAY LONDON | Civil Action No. |
| versus | Judge |
| ASSOCIATED PIPE LINE CONTRACTORS | Magistrate |

## NOTICE OF REMOVAL

Without waiving any defenses or objections to the Petition filed in state court, Defendant Associated Pipe Line Contractors, Inc. ("APLC" or "Defendant") hereby gives notice of the removal of the action entitled, "Mark Powel London and Judy Kay London," Docket No. 43843-A, 5th Judicial District Court for the Parish of Richland, State of Louisiana, from the 5th Judicial District Court to the United States District Court for the Western District of Louisiana. In support of its Notice, APLC respectfully represents as follows:

## STATEMENT OF GROUNDS FOR REMOVAL

1. As set forth more fully below, removal and jurisdiction are based upon 28 U.S.C. §§ 1331, 1332, and 1441.

2. Plaintiffs Mark Powel London and Judy Kay London ("Plaintiffs") commenced this action on February 4, 2014, by filing an Original Petition entitled "Mark Powel London and Judy Kay London," Docket No. 43843-A, 5th Judicial District Court for the Parish of Richland, State of Louisiana [See Original Petition attached hereto as part of Exhibit A].

## **FEDERAL QUESTION**

3. Under the "well-pleaded complaint" rule, a federal court has original or removal jurisdiction only if a federal question appears on the face of the plaintiff's well-pleaded complaint. *Bernhard v. Whitney Nat. Bank*, 523 F.3d 546 (5th Cir. 2008).

4. Plaintiffs allege in their Original Petition that "Petitioners should further show that the acts and omissions of Defendant complained of herein were committed with malice or reckless indifference to the federal and state protected rights of Petitioners." [Petition at ¶ 10]. The inclusion of this allegation evidences Plaintiffs' intent to pursue claims under federal law. A complainants' lack of reference to specific federal law is not determinative of whether the plaintiffs' complaint presents a substantial federal question. *Holcomb. v. ERA Helicopters, Inc.*, 618 F.Supp. 339, 341-342 (W.D. La. 1985); *North American Phillips Corp. v. Emery Freight Corp.*, 579 F.2d 229, 233-234 (2d Cir. 1978).

5. Accordingly, a federal question exists since Plaintiff's action arises under the laws of the United States.

6. Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over Plaintiffs' state law claims which form part of the same case or controversy as their federal law claims.

## **DIVERSITY OF CITIZENSHIP**

7. The only parties to this proceeding at the time of the filing of this Notice are Mark Powel London and Judy Kay London, citizens of the State of Louisiana, and Associated Pipe Line Contractors, Inc., a citizen of the state of Texas. Specifically, Associated Pipe Line Contractors, Inc. is incorporated in the State of Delaware and has its principal place of business in the State of Texas. [See Exhibit B, Certificate of Authority].

8. Accordingly, diversity of citizenship exists.

1302220.1/006625.000041
4816-1665-7944.v1

Case 3:14-cv-00471-KLH   Document 1   Filed 02/28/14   Page 3 of 5 PageID #: 3

## THIS NOTICE OF REMOVAL IS TIMELY
## AND THE AMOUNT IN CONTROVERSY IS SATISFIED

9. This action was filed on February 4, 2014, and Defendant was served with the initial pleading on February 14, 2014. Therefore, this notice of removal is filed within 30 days of Defendant's receipt of the initial pleading and is timely.

10. Because Louisiana Code of Civil Procedure Article 893 generally prohibits pleading the amount of damages, Plaintiffs' Petition does not include a specific monetary demand. However, APLC avers it is facially apparent from Plaintiffs' Petition that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest or costs, and that the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied.

11. Plaintiffs' Petition alleges violations of both federal and state law, and alleges a variety of damages, including liquidated damages, punitive/exemplary damages, lost wages, benefits, earnings, profits, earning capacity, damage to credit, and loss of enjoyment of life, in addition to attorney's fees. Additionally, the Americans with Disabilities Act, 42 U.S.C. § § 12101, *et seq.,* allows for recovery of damages for mental and emotional distress, back pay, front pay, and punitive damages, and the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.* allows for the recovery of back pay, liquidated damages, punitive damages, and attorney's fees. Accordingly, Defendant avers that the Petition on its face demonstrates an amount in controversy in excess of $75,000.00, exclusive of interest and costs.

12. In accordance with the above, this Court has jurisdiction over this matter under 28 U.S.C. §§ 1331 and 1332.

1302220.1/006625.000041
4816-1665-7944.v1

## CERTIFICATION OF COUNSEL

13. Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of this Notice of Removal will be served on opposing counsel and also that a copy of this Notice of Removal will be filed with the Clerk of Court of the 5th Judicial District Court for the Parish of Richland, State of Louisiana, promptly after the filing of this Notice of Removal and in the manner required by applicable law.

14. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

15. A copy of all process, pleadings, and orders served upon Defendant Associated Pipe Line Contractors, Inc. is attached as Exhibit A.

        Respectfully Submitted,

        */s/ Walter W. Christy*
        Walter W. Christy, La. Bar No. 04134
        Amanda Wingfield Goldman, La. Bar No. 30800
        Coats | Rose
        365 Canal Street, Suite 800
        New Orleans, Louisiana 70130
        Telephone: (504) 299-3070
        Facsimile: (504) 299-3071

        Attorneys for Defendant Associated Pipe Line Contractors, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Defendant's Notice of Removal has been served on the following counsel of record via email, facsimile, and/or United States Mail, properly addressed, and postage prepaid:

>James L. Carroll
>James E. Mixon
>Brian E. Frazier
>107 Riser Street
>Columbia, Louisiana 71418

This 28th day of February, 2014.

                          */s/ Walter W. Christy*