# CITATION

| | |
|---|---|
| MARK POWEL LONDON AND JUDY KAY LONDON | 5TH JUDICIAL DISTRICT COURT |
| VS.  NO.   43843 | STATE OF LOUISIANA |
| ASSOCIATED PIPE LINE CONTRACTORS | PARISH OF RICHLAND |

STATE OF LOUISIANA:

TO: CORPORATION SERVICE COMPANY
    320 Somerulous Street
    Baton Rouge, LA  70802-6129

                                                of the Parish of East Baton Rouge

    You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation.  Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Fifth Judicial District Court, in the Richland Parish Courthouse, Rayville, Louisiana, within fifteen (15) days after the service hereof.  Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

    Witness the Honorable Judges of said Court, this February 3, 2014.

                                                          *Connie Thomas*
                                                          Deputy Clerk of Court
                                                          Richland Parish

                                                                   A TRUE COPY: ATTEST
                                                                  *Connie Thomas*
                                                             DY. CLERK 5TH DISTRICT COURT
                                                                   RICHLAND PARISH, LA

STATE OF LOUISIANA * PARISH OF RICHLAND * 5TH JUDICIAL DISTRICT

MARK POWEL LONDON AND
JUDY KAY LONDON

FILED: February 4, 2014

VS. NO. 43843-A

ASSOCIATED PIPE LINE
CONTRACTORS

BY: Connie Thomas
DEPUTY CLERK OF COURT

## PLAINTIFF'S ORIGINAL COMPLAINT

### Parties

1. Plaintiff, **MARK POWEL LONDON and JUDY KAY LONDON**, are residents of the State of Louisiana, in the Parish of Richland (hereinafter referred as **"Petitioners"**).

2. Defendant, **ASSOCIATED PIPE LINE CONTRACTORS**, may be served through is Register Agent 320 Somerulous Street, Baton Rouge, LA 70802-6129 (hereinafter referred as **"Defendant"**).

### Jurisdiction

3. The court has jurisdiction over the lawsuit because the suit arises under Louisiana Employment Law, La. R.S. 23:1361. **Petitioners** were employed with **Defendant** and they are residents of this state.

### Venue

4. Venue is proper in this district because Richland Parish is the domicile of **Petitioners** and **Defendant** is a foreign corporation not properly licensed to do business in Louisiana, pursuant to Louisiana Code of Civil Procedure, article 42 (5).

### Retaliation

5. On January 23rd, 2013, **Petitioner Mark Powell London** suffered an accident while working as Environmental Foreman for **Defendant**. His wife **Petitioner Judy Kay London** worked for **Defendant** as Teamster. He and his wife **Petitioner Judy Kay London** were laid off by **Defendant**.

6. **Petitioner** filed a workers' compensation benefits claim against **Defendant**.

{00108943.1}

7. On September 29th, 2013, **Petitioner Mark Powell London** returned to work as Environmental Foreman for **Defendant** at the previous compensation package. Defendant refused to put **Petitioner Judy Kay London** back to work.

8. **Petitioner Mark Powell London** worked for two weeks as Environmental Foreman until pay day, when instead of receiving the promised pay, **Petitioner** only received half of the agreed payment.

9. As a direct and proximate result of **Defendant's** conduct, **Petitioners** have suffered difference in wages promised and paid, benefits and earnings in the past; past mental anguish and emotional distress; anxiety; depression; embarrassment; damage to reputation; costs and attorney's fees.

### Damages

9. As a direct and proximate result of **Defendant's** conduct, **Petitioners** suffered the following injuries and damages:

   a. Lost earnings.
   b. Lost benefits.
   c. Lost profits.
   d. Loss of enjoyment of life.
   e. Loss of earning capacity.
   f. Damage to credit.
   g. Front pay in an amount the Court deems equitable and just to make Plaintiff whole.
   h. Pre and post judgment interest.
   i. All reasonable and necessary attorneys' fees incurred by and on behalf of **Petitioners**, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Louisiana, as the Court deems equitable and just.
   j. Expert fees as Court deems equitable and just.

10. **Petitioners** would further show that the acts and omissions of **Defendant** complained of herein were committed with malice or reckless indifference to the federal and state protected

{00108943.1}

rights of the **Petitioners**. In order to punish said **Defendant** for engaging in unlawful business practices and to deter such actions and/or omissions in the future, Plaintiff also seeks recovery from **Defendant** for exemplary damages.

11. **Petitioners** would further show that the acts and omissions of **Defendant** complained of herein were committed willfully. **Petitioners** also seek recovery from **Defendant** for liquidated damages.

Prayer

For these reasons, **Petitioners** asks for judgment against **Defendant** for the following:

a. Actual damages in an amount to be determined by the fact finder.

b. Pre-judgment and post-judgment interest.

c. Reasonable attorney fees in an amount to be determined by the fact finder.

d. Front pay.

e. Punitive damages in an amount to be determined by the fact finder.

f. Costs of suit, to include, but not limited to expert fees.

g. All other relief the court deems appropriate.

**PLAINTIFF HEREBY REQUESTS TRIAL BY JURY.**

**WHEREFORE, Petitioners**, pray that after due proceedings herein, there be Judgment rendered in favor of **Petitioners** and against **Defendant**, in and for a sum sufficient to adequately compensate **Petitioners** for the damages suffered by him as a result of the retaliation referred to in this Petition, together with attorneys fees and all costs of these proceedings as well as any and all other just and equitable relief.

Respectfully submitted,

MIXON & CARROLL, PLC
107 Riser Street
P. O. Drawer 1619
Columbia, LA 71418
(318) 649-9284 – Telephone
(318) 649-0277 – Facsimile
JCarroll@MixonCarroll.com
JMixon@MixonCarroll.com
BFrazier@MixonCarroll.com

BY: _____
JAMES L. CARROLL, LSB# 28322
JAMES E. MIXON, LSB# 10358
BRIAN E. FRAZIER, LSB# 30509

{00108943.1}

A TRUE COPY: ATTEST
_____
DY. CLERK 5TH DISTRICT COURT
RICHLAND PARISH, LA

Please Serve Defendant, Associated Pipe Line Contractors:

**Through the Agent for Service of Process:**

**CORPORATION SERVICE COMPANY**
320 Somerulous Street
Baton Rouge, LA 70802-6129.

{00108943.1}

STATE OF LOUISIANA

PARISH OF OUACHITA

### VERIFICATION

Before me, the undersigned Notary, personally came and appeared **JUDY KAY LONDON**, who first being duly sworn by me deposed that he has read the above petition and that all of the allegations of fact contained therein are true and correct to the best of his knowledge, information and belief.

*Judy Kay London*
JUDY KAY LONDON

SWORN TO AND SUBSCRIBED before me, this 29 day of January, 2014, at Columbia, Louisiana.

NOTARY PUBLIC

JAMES L. CARROLL
NOTARY PUBLIC # 68743
STATE OF LOUISIANA
My Commission Expires with Life.

{00108943.1}

**STATE OF LOUISIANA**

**PARISH OF OUACHITA**

### VERIFICATION

Before me, the undersigned Notary, personally came and appeared **MARK POWELL LONDON**, who first being duly sworn by me deposed that he has read the above petition and that all of the allegations of fact contained therein are true and correct to the best of his knowledge, information and belief.

*Mark P. London*
**MARK POWELL LONDON**

**SWORN TO AND SUBSCRIBED** before me, this 29 day of January, 2014, at Columbia, Louisiana.

NOTARY PUBLIC
JAMES L. CARROLL
NOTARY PUBLIC # 68743
STATE OF LOUISIANA
My Commission Expires with Life.

{00108943.1}